UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE BRYANT,<br><br>   Petitioner,<br><br> v.<br><br>W. Z. JENKINS, Warden,<br><br>   Respondent. | Case No. 20-cv-02524-YGR (PR)<br><br>**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS; AND DENYING CERTIFICATE OF APPEALABILITY** |

Having read and considered the papers filed in connection with this matter and being fully informed,[1] the Court finds that Petitioner is not entitled to credit toward her sentence for time spent in pretrial home confinement.  *See* 18 U.S.C. § 3585(b); *Reno v. Koray*, 515 U.S. 50 (1995); *Winkleman v. Hayes*, No. C 94–3770, 1995 WL 688648 (N.D. Cal. Nov. 9, 1995).  Accordingly, the petition is DENIED and no writ of habeas corpus shall issue.

No certificate of appealability is warranted in this case.  *See* Rule 11(a) of the Rules Governing Section 2254 Cases.  Petitioner has not made "a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  Nor has Petitioner demonstrated that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).  Petitioner may not appeal the denial of a Certificate of Appealability in this Court but may seek a certificate from the Court of Appeals under Rule 22 of the Federal Rules of Appellate Procedure.  *See* Rule 11(a) of the Rules Governing Section 2254 Cases.

---

[1] Even though Petitioner was given the opportunity to do so, she has not filed a traverse, and the time frame for doing so has passed.

1   The Clerk of the Court shall terminate all pending motions and close the file.

2   IT IS SO ORDERED.

3   Dated: 11/16/2020

_____
YVONNE GONZALEZ ROGERS
United States District Judge