UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHELLE BRYANT,

          Petitioner,

   v.

W. Z. JENKINS, Warden,

          Respondent.

Case No. 20-cv-02524-YGR (PR)

**JUDGMENT**

For the reasons set forth in this Court's Order Denying Petition for Writ of Habeas Corpus; and Denying Certificate of Appealability, judgment is hereby entered in favor of Respondent. Each party shall bear his own costs.

IT IS SO ORDERED.

Dated: 11/16/2020

_____
YVONNE GONZALEZ ROGERS
United States District Judge